**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.  7:20-CV-420 |
| | § | |
| 0.647 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN HIDALGO COUNTY, | § | |
| STATE OF TEXAS; AND HIDALGO | § | |
| COUNTY, TEXAS, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

---

**COMPLAINT IN CONDEMNATION**

---

1.      This is a civil action brought by the United States of America at the request of the

Secretary of the Department of Homeland Security, through the Acquisition Program Manager,

Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate,

U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for

the taking of property under the power of eminent domain through a Declaration of Taking, and

for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.

§ 1358.

3.      The interest in property taken herein is under and in accordance with the authority

set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in

Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in

Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is

set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired

is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said

acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by

reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of

the property described in Schedules "C" and "D" be condemned, and that just compensation for

the taking of said interest be ascertained and awarded, and for such other relief as may be lawful

and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:     *s/ N. Joseph Unruh*
        **N. JOSEPH UNRUH**
        Assistant United States Attorney
        Southern District of Texas No. 1571957
        Texas Bar No. 24075198
        1701 W. Bus. Hwy. 83, Suite 600
        McAllen, TX 78501
        Telephone: (956) 618-8010
        Facsimile: (956) 618-8016
        E-mail: Neil.Unruh@usdoj.gov
        Attorney-In-Charge for United States of
        America

*Fee DT Complaint*

and

By:     *s/ Chanmealea Thou*
        **CHANMEALEA THOU**
        Assistant United States Attorney
        Southern District of Texas No. 3596627
        California Bar No. 326469
        11204 McPherson Road, Suite 100A
        Laredo, Texas 78045
        Telephone: (956) 721-4977
        Facsimile: (956) 992-9425
        E-mail: Chanmealea.Thou2@usdoj.gov
        Attorney for United States of America

# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13 which appropriated the funds that shall be used for the taking.

# SCHEDULE B

**<u>SCHEDULE B</u>**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Hidalgo County, Texas

Tracts:  RGV-WSL-2023 and 2023-1
Owners:  County of Hidalgo, *et al*.
Acres:  0.647

RGV-WSL-2023

**Being** a 0.299 of one acre (13,017 square feet) parcel of land, more or less, being out of the Narciso Cabazos Survey, Abstract No. 30, Hidalgo County, Texas, being out of Porción 71, being situated between Lot 102 and Lot 103 of San Juan Plantation recorded in Volume 3, Page 52, Map Records of Hidalgo County, Texas and being out of a called 0.37 acre tract conveyed to the County of Hidalgo by Final Judgement recorded in Instrument No. 1934-15867, Deed Records of Hidalgo County, Texas, said parcel of land being more particularly described by metes and bounds as follows:

**Commencing** at a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-2015-1=2020-7", said point being at the south east corner of a called one acre tract conveyed to Pedro G. Garza by Warranty Deed recorded in Instrument No. 1954-1028, Deed Records of Hidalgo County, Texas and the southwest corner of a called 0.50 acre tract conveyed to Irma Garza by Warranty Deed recorded in Instrument No. 2009-1991911, Official Records of Hidalgo County, Texas, said point being in the north right-of-way line of Old Military Road, said point having the coordinates of N=16557073.963, E=1090358.013, said point bears N 88-20-30 E, a distance of 2871.00' from United States Army Corps of Engineers Control Point No. 110;

**Thence:** N 08-40-52 E, departing the north right-of-way line of Old Military Road, with the east line of the one acre tract and the west line of the 0.50 acre tract, for a distance of 166.67' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-2015-2=2023-1" for the **Point of Beginning** and southwest corner of Tract RGV-WSL-2023, said point being at the northwest corner of the 0.50 acre tract, the southwest corner of the 0.37 acre tract, the southeast corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 434, Page 384, Deed Records of Hidalgo County, Texas ("80-H") and the southwest corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 434, Page 383, Deed Records of Hidalgo County, Texas ("79-H"), said point being in the east line of the one acre tract, said point having the coordinates of N=16557238.719, E=1090383.168;

## SCHEDULE C (Cont.)

**Thence:** N 08-40-52 E, with the west line of the 0.37 acre tract, the east line of the one acre tract, the east line of the "80-H" river levee right-of-way and the west line of the "79-H" river levee right-of-way, for a distance of 91.77' to a point for the northwest corner of Tract RGV-WSL-2023, said point being at the northwest corner of the 0.37 acre tract and the northeast corner of the one acre tract, said point being in the east line of the "80-H" river levee right-of way, the west line of the "79-H" river levee right-of-way, the south line of Lateral "A" as conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas and the southern edge of Doffin Canal Road, said point marking a point of curvature to the right;

**Thence:** departing the east line of the "80-H" river levee right-of-way, with the north line of the 0.37 acre tract and the south line of Lateral "A", over and across the "79-H" river levee right-of-way, along said curve to the right for an arc distance of 138.71', with a central angle of 8-06-35 and a radius of 979.99', with a chord bearing of S 89-24-40 E, for a distance of 138.59' to a point for the northeast corner of Tract RGV-WSL-2023, said point being at the northeast corner of the 0.37 acre tract, said point being in the south line of Lateral "A", the east line of the "79-H" river levee right-of-way, the west line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 442, Page 392, Deed Records of Hidalgo County, Texas ("78-H, Tract 3"), the west line of Lot 103, the west line of a tract of land conveyed to KVS Family Limited Partnership by Warranty Deed with Vendor's Lien recorded in Instrument No. 2002-1048589, Official Records of Hidalgo County, Texas ("Tract II") and the approximate centerline of San Juan Road;

**Thence:** S 08-40-09 W, departing the south line of Lateral "A", with the east line of the 0.37 acre tract, the east line of the "79-H" river levee right-of-way, the west line of the "78-H, Tract 3" river levee right-of-way, the west line of Lot 103, the west line of the KVS Family tract and the approximate centerline of San Juan Road, for a distance of 94.65' to a point for the southeast corner of Tract RGV-WSL-2023, said point being at the southeast corner of the 0.37 acre tract, the southeast corner of the "79-H" river levee right-of-way and the northeast corner of the 0.50 acre tract, said point being in the west line of the "78-H, Tract 3" river levee right-of-way, the west line of Lot 103, the west line of the KVS Family tract and the approximate centerline of San Juan Road;

**Thence:** N 88-13-41 W, departing the approximate centerline of San Juan Road, the west line of the "78-H, Tract 3" river levee right-of-way, the west line of Lot 103 and the west line of the KVS Family tract, with the south line of the 0.37 acre tract, the south line of the "79-H" river levee right-of-way and the north line of the 0.50 acre tract, for a distance of 138.24' to the **Point of Beginning.**

**SCHEDULE C (Cont.)**

RGV-WSL-2023-1

**Being** a 0.348 of one acre (15,146 square feet) parcel of land, more or less, being out of the Narciso Cabazos Survey, Abstract No. 30, Porción 71, Hidalgo County, Texas, being situated between Lot 102 and Lot 103 of San Juan Plantation recorded in Volume 3, Page 52, Map Records of Hidalgo County, Texas, and being out of a called 0.49 acre tract conveyed to Hidalgo County, Texas by Quitclaim Deed recorded in Volume 434, Page 596, Deed Records of Hidalgo County, Texas (Second Tract), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-2012-4=2020-1", said point being in the north right-of-way line of Old Military Road, said point being at the southwest corner of the remainder of a called one acre tract conveyed to Carlos Serna by Warranty Deed recorded in Volume 1008, Page 90, Deed Records of Hidalgo County, Texas, and being the same tract of land acquired by David Simon Serna, John Edward Serna and Kathleen Anne Serna through inheritance from the **Estate of Carlos Serna**, Deceased as described in Cause No. P-33,854, Probate Records of Hidalgo County, Texas and the southeast corner of a called 2.69 acre tract conveyed to the Francis E. Knapp, Jr. Family Trust by Surface Warranty Deed recorded in Instrument No. 2018-2970447, Official Records of Hidalgo County, Texas, said point being in the east line of Lot 102, said point having the coordinates of N=16557061.600, E=1090193.886, said point bears N 88-30-10 E, a distance of 2706.60' from United States Army Corps of Engineers Control Point No. 110;

**Thence:** N 08-35-45 E, departing the north right-of-way line of Old Military Road, with the west line of the Serna one acre tract, the east line of Lot 102, and the east line of the 2.69 acre tract, passing at 108.40' the southeast corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 442, Page 392, Deed Records of Hidalgo County, Texas ("78-H, Tract 2"), continuing for a total distance of 156.33' to a point for the **Point of Beginning** and southwest corner of Tract RGV-WSL-2023-1, said point being in the east line of Lot 102, the east line of the 2.69 acre tract, and the east line of the "78-H, Tract 2" river levee right-of-way, said point being at the northwest corner of the remainder of the Serna one acre tract, the southwest corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 434, Page 384, Deed Records of Hidalgo County, Texas ("80-H"), and the southwest corner of the 0.49 acre tract, said point having the coordinates of N=16557216.171, E=1090217.251;

**Thence:** N 08-35-45 E, with the east line of Lot 102, the east line of the 2.69 acre tract, the east line of the "78-H, Tract 2" river levee right-of-way, the west line of the 0.49 acre tract, and the west line of the "80-H" river levee right-of-way, for a distance of 94.81' to a point for the northwest corner of Tract RGV-WSL-2023-1, said point being in the east line of Lot 102, the east line of the "78-H, Tract 2" river levee right-of-way, the west line of the

### SCHEDULE C (Cont.)

"80-H" river levee right-of-way, the west line of the 0.49 acre tract, and the south line of Lateral "A" as conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas, said point being in the southern edge of Doffin Canal Road, said point being at the northeast corner of the 2.69 acre tract;

**Thence:** departing the east line of the "78-H, Tract 2" river levee right-of-way and the east line of Lot 102, over and across the "80-H" river levee right-of-way and the 0.49 acre tract, with the south line of Lateral "A" and the southern edge of Doffin Canal Road, the following courses and distances:

• N 82-24-18 E, for a distance of 96.16' to a point of curvature to the right;
• Along said curve to the right for an arc distance of 70.63', with a central angle of 4-07-45 and a radius of 979.99', with a chord bearing of N 84-28-10 E, for a distance of 70.61' to a point for the northeast corner of Tract RGV-WSL-2023-1, said point being in the south line of Lateral "A", the east line of the "80-H" river levee right-of-way, the west line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 434, Page 383, Deed Records of Hidalgo County, Texas ("79-H"), the east line of the 0.49 acre tract and the west line of a called 0.42 acre tract conveyed to Hidalgo County, Texas by Quitclaim Deed recorded in Volume 434, Page 596, Deed Records of Hidalgo County, Texas (First Tract);

**Thence:** S 08-40-52 W, departing the south line of Lateral "A", with the west line of the "79-H" river levee right-of-way, the east line of the "80-H" river levee right-of-way, the east line of the 0.49 acre tract, and the west line of the 0.42 acre tract, for a distance of 91.77' to a point for the southeast corner of Tract RGV-WSL-2023-1, said point being at the northeast corner of the remainder of the Serna one acre tract, the southeast corner of the 0.49 acre tract, the southeast corner of the "80-H" river levee right-of-way, the southwest corner of the "79-H" river levee right-of-way, and the northwest corner of a called 0.50 acre tract conveyed to Irma Garza by Warranty Deed recorded in Instrument No. 2009-1991911, Official Records of Hidalgo County, Texas;

**Thence:** S 82-15-40 W, with the south line of the 0.49 acre tract and the north line of the Serna one acre tract, for a distance of 167.44' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP OR PLAT OF LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | N 08°40'52" E | 166.67' | N/A | N/A |
| L2 | N 08°40'52" E | 91.77' | N/A | N/A |
| L3 | S 08°40'09" W | 94.65' | N/A | N/A |
| L4 | N 88°13'41" W | 138.24' | N/A | N/A |
| L5 | N 88°20'30" E | 2871.00' | N/A | N/A |

| CURVE | RADIUS | ARC LENGTH | CHORD LENGTH | CHORD BEARING | DELTA ANGLE |
|---|---|---|---|---|---|
| C1 | 979.99' | 138.71' | 138.59' | S 89°24'40" E | 8°06'35" |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16557238.719 | 1090383.168 | RGV-WSL-2015-2=2023-1 |
| 2 | 16557329.434 | 1090397.019 | RGV-WSL-2020-4=2023-2 |
| 3 | 16557328.010 | 1090535.606 | RGV-WSL-2014-2-1=2023-3 |
| 4 | 16557234.444 | 1090521.340 | RGV-WSL-2015-3=2023-4 |
| 5 | 16557073.963 | 1090358.013 | RGV-WSL-2015-1=2020-7 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 10/10/2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON OCTOBER 5, 2018 (TICKET NO. 58271603B).



| METES & BOUNDS SURVEY | | |
|---|---|---|
| COUNTY OF HIDALGO | | |
| TRACT No. RGV-WSL-2023 | | |
| HIDALGO COUNTY | | TEXAS |

 

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

① HIDALGO COUNTY, TEXAS
CALLED 0.49 ACRE
QUITCLAIM DEED
VOL. 434, PG. 596 DRHC
(SECOND TRACT)

② CARLOS SERNA
REMAINDER OF
CALLED ONE ACRE
WARRANTY DEED
VOL. 1008, PG. 90 ORHC

DAVID SIMON SERNA,
JOHN EDWARD SERNA
& KATHLEEN ANNE SERNA
PROBATE
CAUSE No. P-33,854

③ HIDALGO COUNTY, TEXAS
CALLED 0.42 ACRE
QUITCLAIM DEED
VOL. 434, PG. 596 DRHC
(FIRST TRACT)

④ IRMA GARZA
CALLED 0.50 ACRE
INST. No. 2009-1991911 ORHC

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | N 08°35'45" E | 156.33' | N/A | N/A |
| L2 | N 08°35'45" E | 94.81' | N/A | N/A |
| L3 | N 82°24'18" E | 96.16' | N/A | N/A |
| L4 | S 08°40'52" W | 91.77' | N/A | N/A |
| L5 | S 82°15'40" W | 167.44' | N/A | N/A |
| L6 | N 88°30'10" E | 2706.60' | N/A | N/A |

| CURVE | RADIUS | ARC LENGTH | CHORD LENGTH | CHORD BEARING | DELTA ANGLE |
|-------|--------|------------|--------------|---------------|-------------|
| C1 | 979.99' | 70.63' | 70.61' | N 84°28'10" E | 4°07'45" |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16557216.171 | 1090217.251 | RGV-WSL-2020-2=2023-1-1 |
| 2 | 16557309.920 | 1090231.422 | RGV-WSL-2012-3=2023-1-2 |
| 3 | 16557322.629 | 1090326.736 | RGV-WSL-2023-1-3 |
| 4 | 16557239.434 | 1090397.019 | RGV-WSL-2023-2=2023-1-4 |
| 5 | 16557238.719 | 1090193.168 | RGV-WSL-2023-1=2023-1-5 |
| 6 | 16557061.600 | 1090193.886 | RGV-WSL-2012-4-2020-1 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREIN ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREIN ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 10/10/2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON OCTOBER 5, 2018 (TICKET NO. 582716036).



**LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10016600
7298 SIDNEY BAKER - KERRVILLE, TX 78028 - 830-816-1816

| METES & BOUNDS SURVEY HIDALGO COUNTY, TEXAS | | | | | | BY | DATE |
|---|---|---|---|---|---|---|---|
| | Mark | Description | Date | App. | Drawn | LMK | 5/20 |
| | | | | | Checked | LMK | 5/20 |
| TRACT No. RGV-WSL-2023-1 | | | | | Surveyed | JCB | 5/20 |
| | | | | | Fld Bk. # | 189GVH-71-481 | |
| HIDALGO COUNTY                    TEXAS | | CONTRACT NO.: W9127D-14-D-0013 TO: W665MMB1577967X001 | | | | | |



**B&F ENGINEERING, INC.**
829 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-0659
(EMAIL) info@bnfeng.com

SHEET 5 OF 6
Dwg. Ref. No.

U.S. Army Corps of Engineers

MDS PROJ. NO. 18-200-00    FILE NAME  RGV-WSL-2023-1    DATE  5/20/2020

**SCHEDULE D (Cont.)**



Tracts:  RGV-WSL-2023 and 2023-1
Owners:  County of Hidalgo, *et al*.
Acreage:  0.647

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tracts:  RGV-WSL-2023 and 2023-1
Owners:  County of Hidalgo, *et al*.
Acres:  0.647

Tract:  RGV-WSL-2023
Acres:  0.299

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

Tract:  RGV-WSL-2023-1
Acres:  0.348

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the lands being taken is FOUR THOUSAND THREE HUNDRED DOLLARS AND NO/100 ($4,300.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| 1. **Hidalgo County, Texas** <br> C/O Greg Kerr <br> 2300 W. Pike Boulevard Suite 300, <br> Weslaco, Texas 78596 | Quitclaim Deed; Document #1937-9583; Recorded October 26, 1937 in the Real Property Records of Hidalgo County, Texas |
| 2. **The Unknown Heirs of John Closner & The Unknown Heirs of Alice Closner** | Warranty Deed; Document #1937-9346; Recorded October 19, 1937 in the Real Property Records of Hidalgo County, Texas <br><br> Deed; Document #1906-90000057; Recorded February 19, 1906 in in the Real Property Records of Hidalgo County, Texas |
| 3. **John James "Jay" Closner, III, a/k/a J.J. Closner, III, a/k/a John J. Closner, III** <br> ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ <br> Grapeland, Texas ▉▉▉▉ | Presumptive Heir of John Closner & Alice Closner, relating back to the interest conveyed in: <br><br> Warranty Deed; Document #1937-9346; Recorded October 19, 1937 in the Real Property Records of Hidalgo County, Texas <br><br> Deed; Document #1906-90000057; Recorded February 19, 1906 in the Real Property Records of Hidalgo County, Texas |
| 4. **Ann Frances Closner Barnett** <br> ▉▉▉▉▉▉▉▉▉▉▉▉ <br> Phoenix, Arizona ▉▉▉ | Presumptive Heir of John Closner & Alice Closner, relating back to the interest conveyed in: <br><br> Warranty Deed; Document #1937-9346; Recorded October 19, 1937 in the Real Property Records of Hidalgo County, Texas |

| | |
|---|---|
| | Deed; Document #1906-90000057; Recorded February 19, 1906 in the Real Property Records of Hidalgo County, Texas |
| 5.  **Frank Waddell Closner** ▮▮▮▮▮ San Antonio, Texas ▮▮▮ | Presumptive Heir of John Closner & Alice Closner, relating back to the interest conveyed in: Warranty Deed; Document #1937-9346; Recorded October 19, 1937 in the Real Property Records of Hidalgo County, Texas Deed; Document #1906-90000057; Recorded February 19, 1906 in the Real Property Records of Hidalgo County, Texas |
| 6.  **George   Bennett   Closner   a/k/a Bennett Closner** ▮▮▮▮▮ Shavano Park, Texas ▮▮▮ | Presumptive Heir of John Closner & Alice Closner, relating back to the interest conveyed in: Warranty Deed; Document #1937-9346; Recorded October 19, 1937 in the Real Property Records of Hidalgo County, Texas Deed; Document #1906-90000057; Recorded February 19, 1906 in the Real Property Records of Hidalgo County, Texas |
| 7.  **Pamela Lou Closner Hudson a/k/a Pam C. Hudson** ▮▮▮▮▮ San Antonio, Texas ▮▮▮ | Presumptive Heir of John Closner & Alice Closner, relating back to the interest conveyed in: Warranty Deed; Document #1937-9346; Recorded October 19, 1937 in the Real Property Records of Hidalgo County, Texas Deed; Document #1906-90000057; Recorded February 19, 1906 in the Real Property Records of Hidalgo County, Texas |

| | |
|---|---|
| **8. John Closner Clancey**<br><br>Edinburg, Texas ███ | Presumptive Heir of John Closner & Alice Closner, relating back to the interest conveyed in:<br><br>Warranty Deed; Document #1937-9346; Recorded October 19, 1937 in the Real Property Records of Hidalgo County, Texas<br><br>Deed; Document #1906-90000057; Recorded February 19, 1906 in the Real Property Records of Hidalgo County, Texas |
| **9. George Douglas Clancey**<br><br>Cherokee, Texas ███ | Presumptive Heir of John Closner & Alice Closner, relating back to the interest conveyed in:<br><br>Warranty Deed; Document #1937-9346; Recorded October 19, 1937 in the Real Property Records of Hidalgo County, Texas<br><br>Deed; Document #1906-90000057; Recorded February 19, 1906 in the Real Property Records of Hidalgo County, Texas |
| **10. John Calhoun "Jack" Monk, Jr.**<br>███<br>Horseshoe Bay, Texas ███ | Presumptive Heir of John Closner & Alice Closner, relating back to the interest conveyed in:<br><br>Warranty Deed; Document #1937-9346; Recorded October 19, 1937 in the Real Property Records of Hidalgo County, Texas<br><br>Deed; Document #1906-90000057; Recorded February 19, 1906 in the Real Property Records of Hidalgo County, Texas |
| **11. Carmela Robinson**<br>███<br>Plano, Texas ███ | Presumptive Heir of John Closner & Alice Closner, relating back to the interest conveyed in:<br><br>Warranty Deed; Document #1937-9346; |

| | |
|---|---|
| | Recorded October 19, 1937 in the Real Property Records of Hidalgo County, Texas<br><br>Deed; Document #1906-90000057; Recorded February 19, 1906 in the Real Property Records of Hidalgo County, Texas |
| **12. Barbara Louise Griffin**<br>███████ ███<br>Houston, Texas | Presumptive Heir of John Closner & Alice Closner, relating back to the interest conveyed in:<br><br>Warranty Deed; Document #1937-9346; Recorded October 19, 1937 in the Real Property Records of Hidalgo County, Texas<br><br>Deed; Document #1906-90000057; Recorded February 19, 1906 in the Real Property Records of Hidalgo County, Texas |
| **13. Carolyn Davis Williams**<br>███████ ███<br>Cypress, Texas | Presumptive Heir of John Closner & Alice Closner, relating back to the interest conveyed in:<br><br>Warranty Deed; Document #1937-9346; Recorded October 19, 1937 in the Real Property Records of Hidalgo County, Texas<br><br>Deed; Document #1906-90000057; Recorded February 19, 1906 in the Real Property Records of Hidalgo County, Texas |
| **14. Gail Griffin Thomason**<br>███████ ███<br>Harlingen, Texas | Presumptive Heir of John Closner & Alice Closner, relating back to the interest conveyed in:<br><br>Warranty Deed; Document #1937-9346; Recorded October 19, 1937 in the Real Property Records of Hidalgo County, Texas<br><br>Deed; Document #1906-90000057; |

| | |
|---|---|
| | Recorded February 19, 1906 in the Real Property Records of Hidalgo County, Texas |
| **15. Mary Kathryn Griffin Norris**<br>▮▮▮▮▮<br>Corpus Christi, Texas ▮▮▮ | Presumptive Heir of John Closner & Alice Closner, relating back to the interest conveyed in:<br><br>Warranty Deed; Document #1937-9346; Recorded October 19, 1937 in the Real Property Records of Hidalgo County, Texas<br><br>Deed; Document #1906-90000057; Recorded February 19, 1906 in the Real Property Records of Hidalgo County, Texas |
| **16. Paul Closner Hampton**<br>▮▮▮▮▮<br>Burleson, Texas ▮▮▮ | Presumptive Heir of John Closner & Alice Closner, relating back to the interest conveyed in:<br><br>Warranty Deed; Document #1937-9346; Recorded October 19, 1937 in the Real Property Records of Hidalgo County, Texas<br><br>Deed; Document #1906-90000057; Recorded February 19, 1906 in the Real Property Records of Hidalgo County, Texas |
| **17. Richard "Dick" Anthony Ross a/k/a Dick Ross**<br>▮▮▮▮▮<br>Harlingen, Texas ▮▮▮ | Presumptive Heir of John Closner & Alice Closner, relating back to the interest conveyed in:<br><br>Warranty Deed; Document #1937-9346; Recorded October 19, 1937 in the Real Property Records of Hidalgo County, Texas<br><br>Deed; Document #1906-90000057; Recorded February 19, 1906 in the Real Property Records of Hidalgo County, Texas |
| **18. Kathleen A. Serna**<br>**Executrix of the Estate of Carlos Serna** | Deed; Document #1906-90000057; |

| | |
|---|---|
| ███████<br>Houston, Texas ██████ | Recorded February 19, 1906 in the Real Property Records of Hidalgo County, Texas<br><br>Deed; Document #1954-1028;<br>Recorded January 25, 1954 in the Real Property Records of Hidalgo County, Texas<br><br>Warranty Deed; Document # 1961-9809;<br>Recorded June 6, 1961 in the Real Property Records of Hidalgo County, Texas<br><br>Probate Records of Carlos Serna; Cause No. P-33,854, In the Estate of Carlos Serna, Deceased, In the Probate Court of Hidalgo County, Texas |
| **19. Pablo "Paul" Villarreal, Jr.**<br>**Hidalgo County, Texas, Tax**<br>**Assessor-Collector**<br>2804 S. Business Hwy 281<br>Edinburg, Texas 78539 | Property Taxes |

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
N. Joseph Unruh, United States Attorney's Office, Southern District of Texas, 1701 West Bus. Hwy. 83, Ste. 600, McAllen, TX 78501

### DEFENDANTS
0.647 Acres of Land, More of Less, Situate in Hidalgo County, State of Texas; and Hidalgo County, et al.

County of Residence of First Listed Defendant   Hidalgo
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
      Plaintiff

☐ 2  U.S. Government
      Defendant

☐ 3  Federal Question
      *(U.S. Government Not a Party)*

☐ 4  Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
      Proceeding

☐ 2  Removed from
      State Court

☐ 3  Remanded from
      Appellate Court

☐ 4  Reinstated or
      Reopened

☐ 5  Transferred from
      Another District
      *(specify)*

☐ 6  Multidistrict
      Litigation -
      Transfer

☐ 8  Multidistrict
      Litigation -
      Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
  UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE   12/18/2020

SIGNATURE OF ATTORNEY OF RECORD   /s/ N. Joseph Unruh

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____